| | |
|---|---|
| **KELLER, FISHBACK & JACKSON LLP**<br>Stephen M. Fishback (State Bar No. 191646)<br>sfishback@kfjlegal.com<br>Daniel L. Keller (State Bar No. 191738)<br>dkeller@kfjlegal.com<br>Tenny Mirzayan (State Bar No. 233471)<br>tmirzayan@kfjlegal.com<br>18425 Burbank Blvd., Suite 610<br>Tarzana, CA  91356<br>Telephone:  818.342.7442<br>Facsimile:   818.342.7616 | JS-6 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LESTER DAVID and REBECCA LEE DAVID;<br><br>Plaintiffs,<br><br>vs.<br><br>ALADDIN HEATING CORP., et al.,<br><br>Defendants.<br>_____ | Case No. 2:12-cv-06052-MWF-VBK<br><br>**ORDER REMANDING MATTER TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>**This matter related to:**<br>*James Lester David, et al v. Aladdin Heating Corp., et al.*<br>**Los Angeles Superior Court Case No. BC479416 / JCCP 4674** |

---

**[PROPOSED] ORDER REMANDING MATTER TO SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**                                                                 Page 1

1  GOOD CAUSE appearing, and based on the stipulation of the parties, this

2  action is hereby immediately REMANDED to the Superior Court of the State of

3  California for the County of Los Angeles, the court in which it was originally filed

4  and from which it was removed.

5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7  Dated: July 20, 2012        By: _____

8  HON. MICHAEL W. FITZGERALD
   UNITED STATES DISTRICT JUDGE

---

[PROPOSED] ORDER REMANDING MATTER TO SUPERIOR COURT OF THE STATE OF
CALIFORNIA, COUNTY OF LOS ANGELES                                    Page2